

**Michael J. Steinle**

September 28, 2009

Honorable William E. Callahan, Jr.
Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: United States v. Billy Cannon
　　　Case No.: 07-CR-96

Dear Judge Callahan,

I am respectfully requesting the Billy Cannon be allowed to travel to Muskegon, Michigan October 2, 2009 through October 4, 2009 to visit his terminally ill uncle. Mr. Cannon would be traveling with his family and will stay at a hotel during their stay. Mr. Cannon is presently out of custody on a recognizance bond and been complaint of all conditions in this matter since his arrest.

In addition, I have spoken with Assistant United States Attorney Lisa Wesley who has indicated that if Pretrial Services approves travel for the Defendant, she has no objection to the same.

If you have any questions, please feel free to contact me.

Sincerely,


/s/ Michael J. Steinle
MICHAEL J. STEINLE
Attorney at Law

MJS: plm

THE RENAISSANCE BUILDING
309 NORTH WATER STREET, SUITE 215 • MILWAUKEE, WI 53202
TEL 414-258-6200 • FAX 414-258-8080 • E-MAIL MJS@TSN-LAW.COM